Name: Neha Gupta

Address: 2940 Halton Paseo Ontario

91761

Phone Number: 4159968193

Email Address: gup.neh.07@gmail.com

Pro Se

```
          FILED
CLERK, U.S. DISTRICT COURT

      10/06/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Neha Gupta<br><br>PLAINTIFF(S)<br>v.<br><br>Hunter Biden, Claire Boucher, Kim Kardashian<br><br>DEFENDANT(S) | CASE NUMBER<br>EDCV23-2032-FMO(SHKx)<br><br>**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 10/06/2023          Signature: *Neha Gupta*

CV-005 (02/20)          APPLICATION FOR PERMISSION FOR ELECTRONIC FILING