**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEHA GUPTA, | ) | Case No. ED CV 23-2032 FMO (SHKx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| HUNTER BIDEN, et al. | ) | |
| Defendant(s). | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 16th day of October, 2023.

/s/
Fernando M. Olguin
United States District Judge